# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DEMARCO H. AS-SAFFAT,**

Petitioner,

-vs-                                                    **Case No. 14-C-894**

**STATE OF WISCONSIN,**

Respondent.

---

## DECISION AND ORDER

---

The Court dismissed this habeas action on August 15 because the petitioner had failed to exhaust his remedies in state court. 28 U.S.C. § 2254(b)(1). After being sentenced on December 22, the petitioner asks the Court to take jurisdiction once again, but the petition is still premature. *Guest v. McCann*, 474 F.3d 926, 929-30 (7th Cir. 2007) ("state prisoners must give the state courts one full opportunity to resolve any constitutional issues by invoking one complete round of the State's established appellate review process") (quoting *O'Sullivan v. Boerckel*, 526 U.S. 838 (1999)).

Petitioners' request [ECF No. 8] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 16th day of January, 2015.

**SO ORDERED:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**